RECEIVED
APR - 4 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| DAVID JERMAINE ZENO | CIVIL ACTION NO. 12-CV-2004 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER, SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

Thus done and signed in Lafayette, Louisiana, this 4 day of ~~March~~ April, 2014.

_____
Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE